UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CANDELARIO,<br><br>        Plaintiff,<br><br>  vs.<br><br>L. GUIANI,<br><br>        Defendants.<br>_____/ | 1:10-cv-00407-YNP-GSA (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on March 8, 2010. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

Failure to obey this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **March 10, 2010**                    /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE